IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN BOOKER; and MARIE BOOKER, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:24-cv-11 |
| v. | |
| ADDVISE GROUPS US, INC., | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed and filed by counsel for Plaintiffs and counsel for Defendant, in which the parties advise that they have settled the case and stipulate to the dismissal with prejudice of all claims and counterclaims asserted in this action. (Doc. 33.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 24th day of May, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA